STEVEN G. KALAR
Federal Public Defender
Northern District of California
GEOFFREY HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: geoffrey_hansen@fd.org

Counsel for Defendant Frazier

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HOWARD FRAZIER, <br><br> Defendant. | **Case No.:** CR 18–68 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE** |

The above titled matter is currently scheduled for a sentencing on August 1, 2018. The parties agree that this date shall be vacated and the matter be placed on calendar for sentencing on August 22, 2018 at 2:30 pm. Mr. Frazier's probation officer, Emily Libby, also has no objection to this request.

//

//

//

//

IT IS SO ORDERED.

June 29, 2018
Dated

EDWARD M. CHEN
United States District Judge

IT IS SO STIPULATED.

| | |
|---|---|
| June 28, 2018<br>Dated | ALEX G. TSE<br>Acting United States Attorney<br>Northern District of California |
| | /S<br>RAVI NARAYAN<br>Assistant United States Attorney |
| June 28, 2018<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>GEOFFREY HANSEN<br>Chief Assistant Federal Public Defender |